UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 2 4 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| PAUL BECKMANN, | ) 4:13CR00306CEJ ) |
| Defendant. | ) ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

   (I) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any

data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

>(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

>(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2007 and on or about August 2, 2011, in the Eastern District of Missouri, and elsewhere,

**PAUL BECKMANN,**

the Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, Maxtor external hard drive, said Maxtor external hard drive having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and said Maxtor external hard drive contained child pornography, including but not limited to, the following:

>1. "Daphne (9Yo) Demontrating Child Pedo Outercourse Sex With Dad - pthc.avi," a video file of a male having sexual intercourse with a minor female;

2. "_9yo daughter asking for cum, new.AVI," a video file of a minor female performing oral sex on a male;

3. "Amber - Virgin Pussy 11-12Yo.avi," a video file of a minor female in a lascivious display of her genitals;

4. "Vicky 69.mpg," a video file of a minor female performing oral sex on a male;

5. "Tvg 13.mpg," a video file of a male having sexual intercourse with a minor female;

6. "(Pthc) TF-BTF-01 - Man Gets In Bed With Hot 7yo.mpg," a video file of a minor female performing oral sex on a male;

7. "(Pthc) Up 9Yo Girl.mpg," a video file of a male having sexual intercourse with a minor female;

8. "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (76).jpg," an image file of a minor touching the genitals of a male;

9. "pictures from ranchi torpedo dloaded in 2009- pedo kdv kidzilla pthc toddlers 0yo 1yo 2yo 3yo 4yo 5yo 6yo 9yo tara babyj (144)(1).jpg," an image file of a minor female performing oral sex on a male;

10. "MafiaSex.Ru_Children_Kids_Hard_hussyfan pedo babyshivid lolita Pthc large pic Amanda 01 - sweetes.jpg," an image file of a minor female's mouth touching the genitals of a male;

11. "9yo Jenny nude with legs spread wide apart showing pussy - underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn.jpg," an image file of a minor female in a lascivious display of her genitals;

12. "hornytoad's best cp ptn lsm pthc (129).jpg," an image file of a minor female performing oral sex on a male; and

13. "MafiaSex.Ru_Children_Kids_Hard_000303_ChildPorn_Family_4yo_Jackoff_ Dad_Illegal_Preteen_Underage_Lolita_Kiddy_Incest_Little_Girl_Rape_ Sex(2).jpg," an image file of a minor female touching the genitals of a male.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

                                                  A TRUE BILL.

                                                  _____

                                                  FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ERIN GRANGER, #53593MO
Assistant United States Attorney